UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL NEGRON,<br><br>             Plaintiff,<br><br>        v.<br><br>V. WHITE, et al.,<br><br>             Defendants. | No.  2:21-cv-0322 JAM KJN P<br><br><br>ORDER |

On February 10, 2022, plaintiff filed a letter asking how to proceed in this action, or, in the alternative, asking that this case be transferred to the Southern District.  However, this civil rights action was dismissed without prejudice on May 21, 2021, and the case was closed.  Because this case is closed, plaintiff may not proceed in this action, and no orders will issue in response to future filings in this action.  If plaintiff wishes to pursue the claims raised in this action, he must file a new action.  Moreover, because this case is closed and the incidents at issue herein occurred at Solano State Prison, transfer to the Southern District is not appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to transfer (ECF No. 18) is denied; and

2. Further filings in this action will be disregarded and no further orders will issue.

Dated:  February 15, 2022

/negr0322.58

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE